*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

_____

## UNITED STATES
*Appellee*

**v.**

## Elijah M. GRIFFITH
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

## No. 202100330

_____

Decided: 28 March 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Nicolas S. Henry (arraignment)
Glen R. Hines (trial)

Sentence adjudged 19 August 2021 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 195 days,[1] forfeiture of all pay and allowances, and a dishonorable discharge.

For Appellant:
*Lieutenant Jackson M. Beach JAGC, USN*

---

[1] Appellant was credited with having served 195 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202100330 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Elijah M. GRIFFITH**<br>Lance Corporal (E-3)<br>U.S. Marine Corps<br>*Accused* | *As Modified on Appeal*<br><br>**28 March 2022** |

On 9 August 2021, the Accused was tried at Marine Corps Base Camp Lejeune, North Carolina, by a general court-martial, consisting of a military judge sitting alone. Military Judge Glen R. Hines presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 120b, Uniform Code of Military Justice, 10 U.S.C. § 920b.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **Sexual assault of A.L., a child who had attained the age of 12 years but had not attained the age of 16 years, from on or about 30 December 2020 to on or about 31 December 2020, by penetrating A.L.'s vulva with LCpl Griffith's penis.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 2:**  **Sexual assault of A.L., a child who had attained the age of 12 years but had not attained the age of 16 years, from on or about 30 December 2020 to on or about 31 December 2020, by causing contact between A.L.'s mouth and LCpl Griffith's penis.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

## SENTENCE

On 19 August 2021, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

*For Specification 1 of the Charge:*
confinement for 195 days.

**Confinement for a total of 195 days.**

**Forfeiture of all pay and allowances.**

**A dishonorable discharge.**

The Accused has served 195 days pretrial confinement and shall be credited with 195 days of confinement already served, to be deducted from the adjudged sentence to confinement.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court